McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 1:17-cr-00255 LJO/SKO |
| Plaintiff, | **STIPULATION TO CONTINUE DECEMBER 17, 2018 SUPPRESSION HEARING TO JANUARY 7, 2019; ORDER** |
| v. | |
| | Ctrm: 4 |
| KYLE EVAN PETERSON, | Hon. Lawrence J. O'Neill |
| Defendant. | |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Brian W. Enos, counsel for the government, and Marc J. Days, counsel for defendant Kyle Evan Peterson ("defendant"), that this action's **Monday, December 17, 2018 hearing on defendant's motion to suppress evidence be continued to Monday, January 7, 2019, at 10:30 a.m.** The parties likewise ask the court to endorse this stipulation by way of formal order.

The parties base this stipulation on good cause. To explain, in light of the content of the briefing relevant to defendant's motion, counsel for the government believes it prudent to ensure the presence of defendant's state parole officer, CDCR's Officer Mekisha Buyard, at the hearing. With her presence,

1

1  the government is confident that the court would best be equipped to receive any necessary additional

2  facts relevant to the motion, entertain argument, and rule on the motion within a single court appearance.

3  Officer Buyard will be on the East Coast attending her daughter's graduation ceremony on December

4  17, however, and counsel for the government advised her that he would try to move the hearing date to

5  accommodate her ability to attend both the graduation and the suppression hearing. For this reason,

6  counsel for the defense graciously agreed to moving the hearing to January 7.

7  The parties estimate that this hearing should take no longer than an hour, and the government has

8  cleared the above date and time with chambers. In addition, this stipulation would not impact this

9  matter's April 2, 2019 trial date, or prior time waivers imposed pursuant to 18 U.S.C. § 3161. The

10  above stipulated continuance would also conserve time and resources for the court and parties in that

11  Officer Buyard's presence should ensure that the hearing could be completed in one court appearance.

12  IT IS SO STIPULATED.

13  *(As auth 12/12/18)*

14  Dated: December 12, 2018          By:      /s/ Marc J. Days
                                                Marc J. Days
15                                              Attorney for Defendant
                                                Kyle Evan Peterson
16

17  Dated: December 12, 2018                   McGREGOR W. SCOTT
                                                United States Attorney
18

19                                    By:      /s/ Brian W. Enos
                                                Brian W. Enos
20                                              Assistant U.S. Attorney

21  ///

22

23  IT IS SO ORDERED.

24  Dated:  **December 12, 2018**          **/s/ Lawrence J. O'Neill**
                                            UNITED STATES CHIEF DISTRICT JUDGE

25

26

27

28                                              2