UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00255-JLT-SKO |
| Plaintiff, | |
| v. | ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANT'S PENDING MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE UNDER 28 U.S.C. § 2255 |
| KYLE PETERSON, | |
| Defendant. | |

   Defendant Kyle Peterson recently filed an amended motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. (Doc. 109.) Having reviewed the motion, the Court would benefit from further briefing. As such, the government will have 90 days from the date of this Order to submit an opposition to the motion, after which Peterson will have 45 days to file a reply. If additional time is needed, either party may submit a status report requesting amended deadlines.

IT IS SO ORDERED.

   Dated:   **January 4, 2023**                                             _____
                                                                                              UNITED STATES DISTRICT JUDGE

1