PHILIP A. TALBERT
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 1:17-cr-00255 JLT |
| Plaintiff, | **UNITED STATES' SECOND MOTION FOR AN EXTENSION OF TIME; [PROPOSED] ORDER** |
| v. | Hon. Jennifer L. Thurston |
| KYLE EVAN PETERSON, | |
| Defendant. | |

The United States of America hereby requests a further extension of time to November 6, 2023, to file its opposition brief regarding defendant Kyle Evan Peterson's ("Peterson") amended 28 U.S.C. § 2255 motion. This motion for an extension of time is based on the attached declaration of Assistant U.S. Attorney Alyson A. Berg.

Dated: August 14, 2023

PHILLIP A. TALBERT
United States Attorney

By: /s/ Alyson A. Berg
Alyson A. Berg
Assistant United States Attorney

1

**DECLARATION**

I, Alyson A. Berg, declare as follows:

1. I am an Assistant United States Attorney for the Eastern District of California, and I am familiar with the facts described below.

2. On, August 25, 2022, defendant Kyle Evan Peterson ("Peterson") filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence, and thereafter filed an Amended motion on November 9, 2022. Doc. Nos. 102, 109. This Court reviewed Peterson's motion, and on January 5, 2023, issued an Order requesting further briefing. Doc. No. 110. On March 22, 2023, the Court granted the government's motion for a finding of a partial waiver of Peterson's attorney client privilege and the work product privilege, unless Peterson notified the Court within 14 days that he was withdrawing the ineffective assistance of counsel allegation raised in his § 2255 motion. Doc. No. 113. Peterson did not withdraw his allegation, and the government's opposition was due on July 5, 2023. *Id.*

3. The government's opposition is currently due on September 1, 2023. Initially, the opposition was due on July 5, 2023.[1] The United States has requested one previous extension of time, and was granted an extension of time, to September 1, 2023. Docs. 114, 115. This previous request was based on, among others, completing my review of the underlying records in Peterson's district court case, Peterson's Opening Brief on his direct appeal, with an accompanying 335-page Excerpts of Record, and the United States' Answering Appeal Brief. Doc.114.

4. Since the government last made its request I completed my review of the record, and preliminary research on the numerous cases cited by Peterson, however, additional research is required before the opposition can be filed. A draft of the opposition will be completed soon, but more time is required to revise and finalize the opposition before filing with this court. Accordingly, despite the exercise of diligence in this matter, a further extension of time is requested until November 6, 2023, to file a meaningful opposition on behalf of the United States.

5. For the reasons stated above, the government requests an extension of time, to

---

[1] This matter was previously handled by former Assistant U.S. Attorney Brian Enos, who departed the U.S. Attorney's Office in June 2023. I was assigned this case on or about June 12, 2023.

November 6, 2023, to file its opposition to Peterson's amended § 2255 motion.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 15th day of August 2023.

        /s/ Alyson A. Berg
        Alyson A. Berg
        Assistant United States Attorney

## ORDER

Good cause appearing, the United States' motion for an extension of time to November 6, 2023, by which to file its response to defendant Peterson's amended § 2255 motion is GRANTED.

IT IS SO ORDERED.

Dated:   **August 17, 2023**

        UNITED STATES DISTRICT JUDGE